FLORENCIO P. VALLEJO
P-71999 STAF/A3 #167-L

P.O. BOX 5248
CORCORAN, CA 93212

In Pro Per

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

FLORENCIO P. VALLEJO                )
                                    )
            Petitioner,             )   Case Number: CV07-04536 JSW
                                    )
v.                                  )
                                    )   **NOTICE OF MOTION AND MOTION**
DERAL G. ADAMS                      )   **FOR EXTENSION OF TIME**
                                    )
            Respondent.             )   (Pursuant to _____)

   Petitioner hereby applies to the above entitled court for an

Order extending the time for RESPONDING THE MOTION TO DISMISS

HABEAS CORPUS PETITION, TO JUNE 7, 2008 (90 DAYS)

   Good cause for said Extension of Time being:

That I am wheelchair-bound and almost completely dependent

on a caregiver, unable to speak english, conditions that

make it very difficult for me to arrange for time in the

Law-Library together with a translator.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed by me on 24 th day of march , XX 2008, at Corcoran, California 93212.

/s/ FLORENCIO P. VALLEJO

## ORDER

On reading the Application of _____

for an extenion of time to _____

and good cause appearing therefor,

IT IS ORDERED that _____

may have to and including _____

within which to _____

DATED:

_____
JUDGE