**FILED**
APR 03 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO P. VALLEJO,<br><br>Petitioner,<br><br>vs.<br><br>DERAL G. ADAMS, Warden,<br><br>Respondent. | No. C 07-4536 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>(Docket No. 8) |

Good cause appearing, Petitioner's request for an extension of time, to and including June 7, 2008, in which to file an opposition to Respondent's motion to dismiss (Docket No. 8) is GRANTED. Respondent shall file a reply brief within 15 days of the date the opposition is filed.

IT IS SO ORDERED.

DATED: APR 03 2008

JEFFREY S. WHITE
United States District Judge

98

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FLORENCIO P VALLEJO,

    Plaintiff,

v.

DERAL G ADAMS et al,

    Defendant.

Case Number: CV07-04536 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Florencio P. Vallejo
P-71999
A3 167L
P.O. Box 5242
Corcoran, CA 93212

Peggy S. Ruffra
CA State Attorney's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Dated: April 3, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk