FLORENCIO P. VALLEJO
P-71999 STAF/A3 #167-L

P.O. BOX 5248
CORCORAN, CA 93212

In Pro Per

**COPY**

no original

RECEIVED
08 MAY 29 PM 1:47
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

| FLORENCIO P. VALLEJO | ) | |
|---|---|---|
| Petitioner, | ) | Case Number: CV07-04536 JSW |
| v. | ) | NOTICE OF MOTION AND MOTION |
| DERAL G. ADAMS | ) | FOR EXTENSION OF TIME |
| Respondent. | ) | (Pursuant to _____) |

Petitioner hereby applies to the above entitled court for an Order extending the time for RESPONDING THE MOTION TO DISMISS HABEAS CORPUS PETITION, TO JUNE 7, 2008 (90 DAYS).

Good cause for said Extension of Time being:

That I am wheelchair-bound and almost completely dependent on a caregiver, unable to speak english, conditions that make it very difficult for me to arrange for time in the Law-Library together with a translator.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed by me on 24 th day of march , ~~XX~~ 2008, at Corcoran, California 93212.

/s/ FLORENCIO P. VALLEJO

## ORDER

On reading the Application of _____ for an extenion of time to _____ and good cause appearing therefor,

IT IS **ORDERED** that _____ may have to and including _____ within which to _____ .

DATED:

_____
JUDGE

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Florencio P. Vallejo   P-71899, declare:

I am over 18 years of age and a party to this action. I am a resident of Kings County Corcoran II State Prison, in the county of Kings, State of California. My prison address is: PO Box 5248, Corcoran CA 93212.

On 5-25-08 (DATE),

I served the attached: Motion for Extension of Time

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Northern District Court
450 Golden Gate Ave
San Francisco CA
94102

Office of Attorney General
455 Golden Gate Suite 11000
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 5-25-08 (DATE)   _____ (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

-9-

::ODMA\PCDOCS\WORDPERFECT\22832\1