FILED

JUN 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCIO P. VALLEJO,<br><br>Petitioner,<br><br>vs.<br><br>DERAL G. ADAMS, Warden,<br><br>Respondent. | No. C 07-4536 JSW (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>(Docket No. 10) |

    Petitioner has filed a motion for an extension of time, to and including June 7, 2008, in which to file an opposition to Respondent's motion to dismiss. Such a request has already been granted. Nevertheless, as Petitioner is proceeding pro se, the Court construes his request as one for an additional extension of time. Accordingly, the deadline for Petitioner to file an opposition to Respondent's motion to dismiss is extended to and including **July 21, 2008**. No further extensions will be granted. Respondent **shall** file a reply brief within **15 days** of the date the opposition is filed.

    IT IS SO ORDERED.

DATED: JUN 2 5 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FLORENCIO P VALLEJO,

        Plaintiff,

v.

DERAL G ADAMS et al,

        Defendant.

Case Number: CV07-04536 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Florencio P. Vallejo - P-71999
A3 167L
P O. Box 5242
Corcoran, CA 93212

Dated: June 25, 2008

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk