FLORENCIO PALOMINO VALLEJO
CORCORAN STATE PRISON
PRISONER CDC# 71999  A-3-173 L
P.O. BOX 5242
CORCORAN, CA  93212
    PRO PER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FLORENCIO PALOMINO VALLEJO ) No. C 07-4536 JSW (PR)
         PETITIONE/APPELLANT )
    VS. )
KEN  CLARK (WARDEN) )
 )
 )
 )

    PETITIONER FLORENCIO PALOMINO VALLEJO, WOULD
LIKE TO GIVE A THANK-YOU TO THE UNITE STATES
DISTRICT JUDGE JEFFREY S. WHITE FOR HIS GRACE
UPON ME.

    UPON RECEIVING YOUR LETTER OF GRANTING
EXTENSION OF TIME IN WHICH WAS JUNE 27, 2008.
I MOVE TO EXPLAIN MY CASE FOR FOR MA·PAUPERIS

1 of 1

1  MY DISORDER: AN ABNORMAL PHYSICAL CONDITION
2  OF BEING IN A WHEELCHAIR AND DEPENDENT
3  ON A CAREGIVER; AS WHEELS CONTINUE TO GO
4  FORWARD MY ENGLISH CONDITIONS ARE VERY
5  DIFFICULT FOR ME TO ARRANGE TIME IN THE LAW-
6  LIBRARY TOGETHER WITH A TRANSLATOR.

7
8  NEVERTHELESS, I AM RESPONDING TO THE
9  MOTION, <u>HABEAS CORPUS PETITION</u>.

10
11  THE PETITION FOR <u>HABEAS CORPUS</u> WAS FILED, FIRST
12  IN 2000 AN IT HAS BEEN DENIED UP TO 2008
13  BECAUSE THE STATUTE OF LIMITITIONS OF
14  TOLLING IS TAKEN INTO ACCOUNT.

15
16  I BELEIVE THAT I AM ENTITLE TO <u>EQUITABLE</u>
17  <u>TOLLING</u>. LABORIOUS EFFORT HAS BEEN DONE TO PROVE
18  FOR JUSTIC TO BE CIVILIZED.

19
20  WHALEM/HUNT V. EARLY (9th CIR. 2000) 204 F.3d
21  907, WHICH WAS CITED IN THE CSPH, THIRD. ED.,
22  FOOTNOTE 196 AS AN EXAMPLE, A CASE WHERE
23  EQUITABLE TOLLING WAS NOT ALLOWED, WAS
24  REHEARD AND REVERSED. ON REHEARING THE
25  9th CIRCUIT FOUND THAT LACK OF ACCESS TO
26  ADEQUATE LEGAL MATERIALS COULD BE
27  GROUNDS FOR EQUITABLE TOLLING.


Court Paper
Printed on
28
Recycled Paper

## EQUITABLE TOLLING

1

2

3 THE DOCTRINE OF EQUITABLE TOLLING MAY BE
4 AVAILABLE IN EXTRAODINARY CIRCUMSTANCES. IN
5 HERBST V. COOK (9th CIR. 2001) 260 F3d 1039,
6 1043, NINTH CIRCUIT RULED THAT THE DISTRICT
7 ERRED IN DISMISSING A HABEAS CORPUS PETITION AS
8 UNTIMELY WITHOUT GIVING THE PETITIONER AN
9 ADEQUATE OPPERTUNITY. TO DEVELOPE THE
10 FACTS UNDERLYING HIS CLAIMS OF EQUITABLE
11 TOLLING AND STATED CREATED IMPEDIMENT
12 TO FILING. SEE ALSO ROY V. LAMPERT (9th CIR. 2006)
13 465 F3D, 964, 969 (PRO SE PETITIONERS ENTITLED
14 TO EVIDENTIARY HEARING ON EQUITABLE
15 TOLLING WHEN THEY ALLEGED PRISON HAD
16 "WOEFULLY DEFICIENT LAW LIBRARY").

17

18 MENDOZA V. CAREY (9th CIR. 2006) 449 F3d
19 1065, 1069 (PETITIONER, A SPANISH-SPEAKER,
20 ENTITLED TO EVIDENTIARY HEARING ON EQUITABLE
21 TOLLING WHEN HE ALLEGED THAT PRISON LAW-
22 LIBRARY FAILED TO PROVIDE SPANISH-LANGUAGE
23 BOOKS OR SPANISH-SPEAKING CLERKS OR LIBRARIANS
24 TO ASSIST SPANISH-SPEAKING INMATES);

25

26 ESPINOZA-MATTHEWS V. CALIFORNIA (9th CIR 2005)
27 432 F3D 1021 (PRISON'S REFUSAL TO ALLOW
28 PETITIONER ACCESS TO HIS LEGAL PAPERS

Court Paper
Printed on
Recycled Paper

1. FOR 11 MONTH DESPITE HIS DILIGENT ATTEMPTS
2. TO OBTAIN THEM WAS EXTRAODINARY CIR—
3. CUMSTANCES THAT ENTITLED HIM TO EQUITABLE
4. TOLLING); LAWS v. LAMARQUE (9th CIR 2003)
5. 351 F3d 919, 913, (DISTRICT COURT ABUSED
6. DISCRETION BY DENYING PETITION WITHOUT
7. ORDERING DEVELOPMENT OF RECORD ON PETITIONERS
8. ELIGIBILITY FOR EQUITABLE TOLLING OWING TO
9. HIS MENTAL INCOMPENTENCE DURING LIMITATIONS
10. PERIOD);
11.
12. IN FAIL v. HUBBARD (9th CIR. 2002) 315 F3d 1059,
13. THE 9th CIR. HELD THAT NEITHER STATUTORY NOR
14. EQUITABLE TOLLING WAS AVAILABLE TO A
15. PETITIONER WHOSE TOTALLY UNEXHAUTED
16. FEDERAL HABEAS PETITION WAS DISSMISSED
17. AFTER AEDPA DEADLINE HAD PASSED. NOTE,
18. HOWEVER, THAT IF AT LEAST ONE CLAIM IS EXHAUSTED,
19. IT MAY BE POSSIBLE TO PRESERVE THE UNEXHAUSTED
20. CLAIMS. SEE JEFFERSON v. BUDGE (9th CIR 2005)
21. 419 F3d 1013. (WHEN TRIAL COURT
22. ERRONEOUSLY DISMISSED MIXED PETITION
23. WITHOUT OFFERING PETITIONER OPPER--
24. TUNITY TO AMEND PETITION TO OMIT
25. UNEXHAUSTED CLAIMS, PETITIONER WAS
26. ENTITLED TO EQUITABLE TOLLING WHILE
27. STATE EXHAUSTED PROCEEDING PENDING
28. FOR DISCUSSION.



Court Paper
Printed on
Recycled Paper

4 of 4

1 MENDOZA V. CAREY (9+ CIR. 2006) 449 F3d 1065, 1069.

2 PETITIONER, WHO PLEADED NO CONTEST TO ASSAULT WITH

3 A FIRARM, SOUGHT FEDERAL HABEAS CORPUS RELIEF.

4 THE UNITED STATES DISTRICT COURT FOR THE CENTRAL

5 DISTRICT OF CALIFORNIA, CARMAC J. CARNEY, J.; DIS-

6 MISSED PETITION AS UNTIMELY PETITIONER APPEALED.

7

8 THE COURT OF APPEALS, TASHIMA, CIRCUIT JUDGE,

9 HELD THAT, AS A MATTER OF FIRST IMPRESSION,

10 PETITIONER'S ALLEGED LACK OF ACCESS TO SPANISH-

11 LANGUAGE LEGAL MATERIALS OR ASSISTANCE OF

12 TRANSLATOR DURING LIMITATIONS PERIODS COULD

13 COULD ENTITLE HIM TO EQUITABLE TOLLING.

14          REVERED AND REMANDED

15 KLEINFELD, CIRCUIT JUDGE, DISSENTED AND FILED

16 A SEPARATE OPINION

17         WEST HEADNOTES

18 (1) HABEAS CORPUS ▶ K 842. 197___ 197 III JURISDICTION,

19 PROCEEDINGS, AND RELIEF. 197 III (D) 2 SCOPE AND

20 STANDERS OF REVIEW. 197 III (D) REVIEW. ▶ 197 K 842

21 REVIEW DE NOVC.

22

23 [ SEE HAND NOTE TEXT BELOW ]

24 ▶HABEAS CORPUS ▶K 843. 197___ 197 III JURISDICTION

25 PROCEEDING, AND RELIEF. 197 III (D) REVIEW. 197 III (D) 2

26 SCOPE AND STANDARDS OF REVIEW. ▶ 197 K 843

27 DISCRETION OF LOW COURTS.

28 DISTRICT COURT'S DENIAL OF A PETITION FOR WRIT


Court Paper
Printed on
Recycled Paper

1  OF HABEAS CORPUS IS REVIEW DE NOVO, AND DENIAL
2  OF AN EVIDENTIARY HEARING IS REVIEWED FOR ABUSE
3  OF DISCRETION.
4  ▶ HABEAS CORPUS ▶ K 846
5  197___ 197 III JURISDICTION, PROCEEDINGS, AND RELIEF.
6  197 III (D) REVIEW. 197 III (D) 2 SCOPE STANDARDS OF
7  REVIEW. ▶ 197 K 846   CLEAR ERROR.
8
9  FINDINGS OF FACT MADE BY THE DISTRICT IN HABEAS
10  CORPUS PROCEEDINGS ARE REVIEWED FOR CLEAR ERROR.
11  ▶ HABEAS CORPUS K 603
12  197___ 197 III JURISDICTION, PROCEEDINGS, AND
13  RELIEF. 197 III (A) IN GENERAL. 197 K603 LACHES OR
14  DELAY.
15  LITIGANT SEEKING EQUITABLE TOLLING OF ONE-YEAR
16  LIMITATIONS PERIOD FOR FILING FEDERAL HABEAS CORPUS
17  PETITION BEARS BURDEN OF ESTABLISHING TWO ELEMENTS
18  (1) THAT HE HAS BEEN PURSUING HIS RIGHTS DILIGENTLY,
19  AND (2) THAT SOME EXTRAORDINARY CIRCUMSTANCES
20  STOOD HIS WAY OR IN HIS WAY 28 U.S.C.A. # 2244 (D).
21
22  BECAUSE MENDOZA ALLEGED THAT HE LACKS ENGLISH
23  LANGUAGE ABILITY, HE WAS DENIED ACCESS TO SPANISH-
24  LANGUAGE LEGAL MATERIALS, AND COULD NOT PROCURE
25  THE ASSISTANCE OF A TRANSLATOR DURING THE RUNNING
26  OF THE AEDPA LIMITATIONS PERIOD, HE HAS ALLEGED
27  FACTS THAT, IF TRUE, MAY ENTITLE HIM TO EQUITABLE
28  TOLLING ▶ (FN 6) (CURIAM) ACCORD. 449 F.3d 1069.

6 OF 6


Court Paper
Printed on
Recycled Paper

1  THEREFORE, THERE ARE "CIRCUMSTANCES CONSISTENT
2  WITH PETITIONER'S PETITION AND DECLARATION
3  UNDER WHICH HE WOULD BE ENTITLE TO . . . . .
4  EQUITABLE TOLLING," ▶ WHALEM/HUNT, 233 F3d
5  AT 1148, AND REMAND FOR FACTUAL DEVELOPMENT
6  OF RECORD IS THE APPROPRIATE COURSE OF ACTION.
7  MENDOZA HAS NOT YET BEEN GRANTED AN
8  EVIDENTIARY HEARING IN WHICH HIS FACTUAL
9  ALLEGATION COULD BE ESTABLISHED; NOR HAS
10  THE STATE BEEN PROVIDED WITH AN OPPORTUNITY
11  TO REBUT MENDOZA'S ALLEGATIONS. WE THERE-
12  FORE REVERSE AND REMAND TO THE DISTRICT COURT
13  FOR APPROPRIATE DEVELOPMENT OF THE RECORD.
14         REVERSED AND REMANDED
15  KLEINFELD, CIRCUIT JUDGE, DISSENTING
16  I RESPECTFULLY DISSENT.
17
18  ▶ LOTT V. MUELLER, 304 F.3d 918, 923 (9th CIR. 2002)
19  OBSERVING THAT EQUITABLE TOLLING DETERMINATIONS
20  "TURN [ ] ON EXAMINATION OF DETAILED FACTS."
21
22  ▶ [4] [5] WHETHER A HABEAS PETITIONER'S IN-
23  ABILITY TO OBTAIN SPANISH-LANGUAGE
24  MATERIALS OR PROCURE TRANSLATION ASSISTANCE
25  CAN BE GROUNDS FOR EQUITABLE TOLLING OF AEDPA'S
26  OF YEAR LIMITATIONS PERIOD IS A QUESTION OF
27  FIRST IMPRESSION IN THIS CIRCUIT. IN ▶ WHALEM/
28  HUNT 233 F. 3d AT 1148, WE HELD THAT THE

Court Paper
Printed on

Recycled Paper

1  UNAVAILABILITY OF COPY OF AEDPA IN PRISON LAW
2  LIBRARY COULD, BUT DID NOT NECESSARLY, CONSTITUTE
3  GROUNDS FOR EQUITABLE TOLLING ▶ (FN 3). WE
4  REMANDED THE CASE TO THE DISTRICT COURT
5  FOR APPROPRATE DEVELOPMENT OF THE RECORD
6  ▶ ID. SO LONG AS THERE ARE SOME "CIRCUMSTANCES
7  CONSISTANCE WITH PETITIONER'S PETITION
8  AND DECLARATION" THAT WOULD ENTITLE THE
9  PETITIONER TO EQUITABLE TOLLING
10 (A) "LITIGANT" (DISCUSSION)
11 (A) LITIGANT SEEKING EQUITABLE TOLLING [OF THE
12 ONE YEAR LIMITATIONS PERIOD] BEARS THE BURDEN
13 OF ESTABLISHING TWO ELEMENTS (1) THAT HE HAS
14 BEEN PURSUING HIS RIGHTS DILIGENTLY, AND (2)
15 THAT SOME EXTRAORDINARY CIRCUMSTANCES
16 STOOD IN HIS WAY."
17 ▶ PACE v. DIGUGLIELMO, 544 U.S 408, 125 S. CT 1807,
18 1814, 161 L. ED. 2d 669 (2005). [T]HE THRES-
19 HOLD NECESSARY TO TRIGGER EQUITABLE
20 TOLLING UNDER [THE] AEDPA IS VERY
21 HIGH, LEST THE EXCEPTIONS SWALLOW THE
22 RULE." MIRANDA V. CASTRO, 292 F3d 1063, 1066
23 (9th CIR. 2002). (INTERNAL EQUOTATION MARKS
24 AND CITATION OMITTED). THIS HIGH BAR IS
25 NECESSARY TO EFFECTUATE THE AEDPA'S
26 STATUTORY PURPOSE OF ENCOURAGING PROMT FILINGS
27 IN THE FEDERAL SYSTEM FROM CLAIMS."
28 ▶ GUILLORY V. ROE, 329 F.3d ▓▓ 1015, 1018

8 of 8

Court Paper
Printed on

Recycled Paper

1  9th CIR (2003) (INTERNAL QUOTATION MARKS
2  AND CITATIONS OMITTED). EQUITABLE TOLLING
3  DETERMINATIONS ARE "HIGHLY FACT-DEPENDENT."
4  ► WHALEM/HUNT V. EARLY, 233 F.3d 1146, 1148
5  (9th CIR. 2000) (EN BONC) (PER-PAGE(2)



Court Paper
Printed on
Recycled Paper

CONCLUSION

ACCORDING TO ALL MY APPEALS, STARTING IN TWO
+THOUSAND (2000) THROUGH (2005) IN THE
UNITED STATES SUPREME COURTS AND THE
LOWER COURT AS WELL HAVE DENIED MY
APPEAL AS UNTIMELY.

THEN I WAS ADVISED TO APPEAL IN THE FEDERAL
COURT NORTHERN DISTRICT OF CALIFORNIA
WITH THE INTENT OF A GRACEFUL DOCUMENT
THAT WAS FILED IN 2006, (HABEAS CORPUS) IT
WAS ALSO DENIED AS UNTIMELY. IN (2007)
ANOTHER HABEAS CORPUS WAS FILED AS
UNTIMELY.

AS A MATTER OF BELEIVE I HAVE FILED A
COMPLAIN AGIANST THE ATTORNEY'S THAT
REPRESENTED ME IN THE LOWER COURTS. THE
COMPLAINT WENT TO "THE" STATE BAR OF
CALIFORNIA 1149 SOUTH HILL STREET
LOS ANGELES, CALIFORNIA 90015-2299"
BECAUSE OF MY ATTORNEYS UNAUTHORITATIVE
STATEMENTS OF OBSERVATION FOR SELF GAIN. THEY
ADVISE ME WITH NOTHING BUT FALSE INFORM-
ATION. IN WHICH THE ATTORNEYS NEVER
FILED ANY APPEALS ON MY BEHALF. AS THEY
STATED THEY WOULD. THAT HAS BEEN ALMOST
TEN YEAR HERE IN THIS REFORMATORY.

10 OF 10

Court Paper
Printed on

Recycled Paper

1  MY CLAIM IS THAT BECAUSE OF MY DISABILITY,
2  NOT KNOWING ENGLISH OR EVEN KNOWING NOT-
3  THING OF THE LEGAL LAW) THAT CAN HELP
4  ME WITH THIS MATTER, I HAVE BEEN DENIED
5  YEAR UPON, TO THIS VERY DATE OF 2008.

6

7  IN MENDOZA V. CAREY THERE ARE SIMILARITIES
8  AS MINE. AS I THROW MYSELF UPON THE MERCY
9  OF THIS COURT. I FILE THIS HABEAS CORPUS AS
10  FOLLOWS (1) MY ENGLISH IS A HELPLESS MATTER
11  SITUATION. (2) THERE HAS NOT BEEN ANY LEGAL
12  MATERIAL IN SPANISH, TO HELP ME FILE ANY
13  LEGAL FORMS. (3) IN THE LAW LIBRARY THERE
14  WAS NO SPANISH-SPEAKING LIBRARIAN THAT COULD
15  HELP.
16  THERE HAS NOT BEEN GIVEN TO ME THE OPPORTUNITY
17  TO MAKE KNOWN OPENLY MY INNOCENTS.

18

19  THANT-YOU FOR YOUR TIME

20

21                SINCERELY,

22

23        FLORENCIO PALOMINO VALLEJO

24

25

26

27
Court Paper
Printed on
28


Recycled Paper

                11 OF 11

1  AS PETITIONER/APPELLANTE DOES NOT HAVE THE NECESSARY

2  KNOWLEDGE OR UNDERSTANDING OF THE LEGAL SYSTEM THAT

3  WOULD AFFORD HIM THE ABILITY TO COMPLY WITH THE TECHNICAL

4  REQUIREMENTS OF THE FEDERAL COURT SYSTEM.

5

6      PETITIONER/APPELLANT DOES NOT WRITE, READ, OR

7  SPEAK ENGLISH, AND HE IS JUST BARELY LEARNING HOW

8  TO READ HIS NATIVE TONGUE OF SPANISH, AND WRITE. THEREFORE,

9  HE IS NOT AN ATTORNEY, AND DOES NOT HAVE THE REQUISITE

10 LEGAL KNOWLEDGE AND EXPERTISE TO ENSURE THAT ENDS

11 OF JUSTICE AND THE CONSTITUTIONAL GUARANTEES OF FAIRNESS

12 WILL APPROPRIATELY BE MET. THESE ISSUES ARE COMPLEX

13 AND SENSITIVE.

14

15    I DECLARE THAT THE FOREGOING IS TRUE AND CORRECT.

16 THIS DOCUMENT WAS PREPARED BY INMATE  ALFREDO RAMIREZ

17 # CDC F-05745

18

19 DATED: JULY 3, 2008.

20

21                         RESPECTFULLY SUBMITTED,

22

23

24                         FLORENCIO PALOMINO VALLEJO

25                         IN PROPRIA PERSONA

26                         IN FORMA PAUPERIS

27

28                         Alfredo Ramirez
                           ALFREDO RAMIREZ F-05745
                           FRIED OF PETITIONER

Court Paper

Printed on

Recycled Paper

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, __FIDRENCIO PALOMINO VALLEJO_____, declare:

I am over 18 years of age and a party to this action. I am a resident of __THE CORCORAN__

__STATE PRISON II_____Prison,

in the county of __KINGS COUNTY_____,

State of Californ' ' prison address is: __P. O. BOX 5248_____,

__CORCORAC, CA 93212_____

On __JULY 5, 2008_____,
                              (DATE)

I served the attached: __HABEAS CORPUS FORM__

__IN THE UNITED STATE FEDERAL COURT__
                              (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage

thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional

institution in which I am presently confined. The envelope was addressed as follows:

NORTHERN DISTRICT APPEALS COURT | OFFICE OF THE ATTORNEY GENERAL
235 PINE ST. | 455 GOLDEN, GATE 11000
SAN FRANCISCO, CA 94104 | SAN FRANCISCO, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Executed on __7.6.008_____          _____
              (DATE)                          (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                    ::ODMA\PCDOCS\WORDPERFECT\22832\1

-9-

Dear Clerk

        Indigent inmates at Corcoran, S.A.T.F/SP are limited to one (1) copy to the court and one (1) copy to the Attorney General of any legal materials being filed with the courts.

Enclosed you will find only one (1) copy because of my indigent status and the above policy.

    DATED:                              Respectfully submitted
    7. 6. 008

FLORENCIO PALOMINO VALLEJO
C.D.C. P-71999 A-3-C-173 L
C.S.A.T.F-SP
P.O. BOX 5248
CORCORAN, CA 93212

NORTHERN DISTRICT OF CALIFOR
APPEALS COURT DIVISION
235 PINE ST.
SAN FRANCISCO, CA 94104-250

FILED
JUL 10 2008
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Legal Materials